### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### BROWARD DIVISION

In re:    Case No. 09-27610-BKC-RBR
          Chapter 7

DANIEL JAMES AZURIN

Debtor(s).
_____/

### NOTICE OF DEPOSIT OF FUNDS WITH THE
### U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

The trustee has a balance of $2.75 remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 3/29/11

Soneet R. Kapila, Trustee
P.O. Box 14213
Fort Lauderdale, FL 33302
Phone: 954/761-8707
Fax: 954/761-1033
E-mail: trustee@kapilaco.com

Copies to: U.S. trustee



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

MAR 3 0 2011

FILED          RECEIVED

Soneet R. Kapila, Federal Bankruptcy Trustee
Post Office Box 14213, Fort Lauderdale, Florida 33302
Telephone: 954/761-8707   Facsimile: 954/761-1033   Website: www.kapilatrustee.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                  Case No. 09-27610-BKC-RBR
                                                                        Chapter 7
DANIEL JAMES AZURIN

Debtor(s).
_____/
**Attachment**

| Claim # | Name/Address | Claim Amount | Distribution Amount |
|---|---|---|---|
| 2 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | $17.08 | $2.75 |